# UNITED STATES DISTRICT COURT

for the

District of Connecticut

_____ Division

| | |
|---|---|
| SHERI SPEER<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>DONNA R. SKAATS, PATRICK W. BOATMAN, LLOYD L. LANGHAMMER & STUART L. COHEN,<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:17cv1304 RNC<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

FILED 2017 AUG -2 P 3:04 US DISTRICT COURT HARTFORD CT

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | SHERI SPEER |
| Street Address | 151 Talman Street |
| City and County | Norwich, New London County |
| State and Zip Code | Connecticut |
| Telephone Number | (860) 213-2836 |
| E-mail Address | speercommercial@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
Name                         DONNA R. SKAATS

| | |
|---|---|
| Job or Title *(if known)* | COUNSEL TO SEAPORT CAPITAL PARTNERS, LLC |
| Street Address | 116 SCHEM STREET |
| City and County | NORWICH, NEW LONDON COUNTY |
| State and Zip Code | CT 06360 |
| Telephone Number | 860-866-9322 |
| E-mail Address *(if known)* | attyskaats@snet.net |

Defendant No. 2

| | |
|---|---|
| Name | PATRICK W. BOATMAN |
| Job or Title *(if known)* | COUNSEL TO SEAPORT CAPITAL PARTNERS, LLC |
| Street Address | 111 FOUNDERS PLAZA, SUITE 1000 |
| City and County | EAST HARTFORD, HARTFORD COUNTY |
| State and Zip Code | CT 06108 |
| Telephone Number | 860-291-9061 |
| E-mail Address *(if known)* | pboatman@boatmanlaw.com |

Defendant No. 3

| | |
|---|---|
| Name | LLOYD L. LANGHAMMER |
| Job or Title *(if known)* | COUNSEL TO SEAPORT CAPITAL PARTNERS, LLC |
| Street Address | 38 GRANITE STREET, THIRD FLOOR |
| City and County | NEW LONDON, NEW LONDON COUNTY |
| State and Zip Code | CT 06320 |
| Telephone Number | 860-440-3340 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | STUART L. COHEN |
| Job or Title *(if known)* | BROKER FOR CONN & CONN MORTGAGE COMPANY |
| Street Address | 641 FARMINGTON AVENUE, SUITE 203 |
| City and County | HARTFORD, HARTFORD COUNTY |
| State and Zip Code | CT 06105 |
| Telephone Number | 860-233-9687 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Court has jurisdiction over this matter under 28 U.S.C.§§ 1331, 1337(a), 1345, and 1355

Sections 5(a), 5(m)(1)(A), 13(b), 15 U.S. Code §§ 45(a), 5(m)(1)(A),13(b) and 16(a) of the Federal

Trade Commission Act ('FTC"),15 U.S.C. §§ 45(a), 45(m)(1)(A) and 56(a)

Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p

Venue is proper in the United States District Court for the District of Connecticut under 28 U.S.C. §§ 1391(b)-(c) and 1395(a) and 15 U.S.C. § 53(b).

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* SHERI SPEER, is a citizen of the State of *(name)* CONNECTICUT.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* All named defendants are citizens., is a citizen of the State of *(name)* CONNECTICUT. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____
        Or is incorporated under the laws of *(foreign nation)* _____
        and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10,000,000,00 for numerous FDCPA violations, ruining appellant's credit, payments made, and attorneys fees, pain and suffering, destruction of Plaintiff's Estate

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violations of FDCPA including Lack of Standing/Wrongful Foreclosure, Fraud in the Concealment, Fraud in the Inducement, Unconscionable Contracts, Breach of Contract, Breach of Fiduciary Duty, Quiet Title Slander of Title

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Recovery of Attorney's Fees, pain and suffering, slander, libel, destruction of Plaintiff's Estate (including her real estate business and holdings: $10,000,000,00

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     08/02/2017

Signature of Plaintiff
Printed Name of Plaintiff     Sheri Speer/pro se

**B.     For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address